CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 24 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| PATRICIA S. MITCHELL, | ) |
| Plaintiff, | ) Civil Action No. 5:03cv00004 |
| v. | ) **FINAL ORDER** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) By: Samuel G. Wilson ) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered dismissing plaintiff's case for failure to prosecute. Objections to the report and recommendation have not been filed, and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that this case be **DISMISSED** and stricken from the docket of the court.

**ENTER**: This July 24, 2006.

UNITED STATES DISTRICT JUDGE